UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY MAFES,

                Plaintiff,

- against -

WHITE CASTLE SYSTEM, INC. and
INGRAM FAMILY LIMITED
PARTNERSHIP,

                Defendants.

**ORDER**

20 Civ. 9102 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This case is stayed thirty days for settlement discussions.  By **March 30, 2021**, the parties will file a joint status letter concerning their settlement discussions.  If settlement appears unlikely at that time, the Court will enter a case management plan.

Dated:  New York, New York
         February 25, 2021

SO ORDERED.

*[Signature]*

Paul G. Gardephe
United States District Judge