UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tony Mafes,

                Plaintiff,

-against-

White Castle System, Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021

1:20-cv-09102 (PGG) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, March 30, 2021 at 2:00 p.m. The settlement shall be conducted over Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

    The Court will provide a Microsoft Teams link for the hearing to all counsel of record by email in advance of the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
             March 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge