

> **Memo Endorsed:** The conference scheduled to take place on Friday, February 4, 2022 is adjourned to Thursday, February 10, 2022 at 10:15 a.m.
>
> Dated: February 3, 2022
>
> SO ORDERED.
>
> _____
> Paul G. Gardephe
> United States District Judge

HARVEY W. KRIEGER
WAYNE M. WILANSKY
BRETT R. HUPART

<u>VIA ELECTRONIC FILING</u>

February 2, 2022

Honorable Paul G. Gardephe
United States Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007

Re: <u>Tony Mafes v. White Castle System, Inc., et al.</u>
Case No.: 1:20-cv-09102-PGG

Dear Judge Gardephe:

My firm represents the plaintiff in the above-referenced matter. My office is respectfully requesting a short adjournment of the telephone conference scheduled for this Friday, February 4, 2022. This request is being made after consultation with, and consent of, defense counsel.

The reason this adjournment is being requested is due to a scheduling conflict. My office has an in-person trial part conference on Friday, February 4, 2022 and it was previously believed there would be another attorney from my office available to appear. However, due to unforeseen circumstances, there is no other attorney available to make this in-person appearance. Unfortunately, I am the only attorney who will be available to handle any conference on Friday, February 4, 2022.

It is respectfully requested that a short adjournment of the telephone conference be granted. The parties propose the date February 25, 2022.

We thank Your Honor for your consideration of this request.

Very truly yours,
**KRIEGER, WILANSKY & HUPART, ESQS**.

By: _____
    Brett R. Hupart

cc: Goldberg Segalla, LLP (VIA ELECTRONIC FILING)