UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY MAFES,

        Plaintiff,

  - against -

WHITE CASTLE SYSTEM, INC. and
INGRAM FAMILY LIMITED
PARTNERSHIP,

        Defendants.

**ORDER**

20 Civ. 9102 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  The Court will conduct a status conference on **March 10, 2022 at 11:45 a.m.** by telephone.  By March 8, 2022, the parties shall file a joint letter describing the status of settlement.

  The parties are directed to dial 888-363-4749 to participate in the conference, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
       February 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge